UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Sarah Blackmon,

    Debtor.

Case No. 21−31418  
Chapter 13

# ORDER

This case is before the court on the following matter:

**47** – Rule 9007 Motion/Notice/Objection: Motion to Determine Mortgage Fees and Expenses in Chapter 13 Cases. filed by Paul D. Esco on behalf of Sarah Blackmon. Responses due by 10/6/2022. (Esco, Paul)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated October 8, 2022

Christopher L Hawkins  
United States Bankruptcy Judge